**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01136-CR

**ALBERT AYALA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70946-V**

## ORDER

On October 9, 2017, we ordered court reporter Peri Wood to file the State's exhibits 36 and 37, CDs of appellant's interview with Detectives D'Antoni and Ahrens, by noon on October 11, 2017. We noted that the case was set for submission on October 11, 2017 at 1:00 p.m. To date, the exhibits have not been filed.

We **ORDER** that Peri Wood not sit as a court reporter until she has filed playable, certified copies of State's exhibits 36 and 37, CDs of appellant's interview with Detectives D'Antoni and Ahrens.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court

reporter of the 292nd Judicial District Court; to the Dallas County Auditor's Office; and to all counsel for all parties.


/s/     ELIZABETH LANG-MIERS
        PRESIDING JUSTICE